**Order entered November 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00612-CR

### JOSE REYNALDO ZAMORA BANEGAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00847-V**

## ORDER

Before the Court is appellant's November 30, 2018 amended third motion to extend the time to file his brief. Appellant has tendered his brief to the Clerk for filing. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE